UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| WILLIAM ALEXANDER SANCHEZ LAZO, : | |
| : Civil Action No. 25-18324 (BRM) | |
| Petitioner, : | |
| v. : **ORDER** | |
| LUIS SOTO, et al., : | |
| Respondents. : | |

**THIS MATTER** comes before the Court upon Respondents letter informing the Court's of Petitioner's transfer. (ECF No. 5.) On December 9, 2025, Petitioner William Alexander Sanchez Lazo ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On December 11, 2025, the Court ordered Respondents to file an answer to the Petition and temporarily enjoined Respondents from transferring Petitioner from his detention facility in New Jersey during the pendency of this action. (*See* ECF No. 4.)

According to Respondents' letter, at the time the Court entered its Order temporarily enjoining Petitioner's transfer from New Jersey, Petitioner had already been transferred to a detention facility in Alamogordo, New Mexico. (ECF No. 5.) The Court notes because Petitioner was in New Jersey at the time his habeas petition was filed, this Court's jurisdiction over this habeas matter is not affected by Petitioner's transfer. *See*, *e.g.*, *Rumsfeld v. Padilla*, 542 U.S. 426, 440-41 (2004); *see also Chavez-Rivas v. Olsen*, 194 F. Supp. 2d 368, 376 (D.N.J. 2002). Petitioner's transfer from New Jersey does not prevent this Court from considering his claims, nor does it affect the Court's ability to grant relief in the event that the Court determinates that some relief may be appropriate. However, pursuant to the Court's authority under the All Writs Act, 18

U.S.C. § 1561, Respondents shall not transfer Petitioner from his current detention facility. Further, Respondents shall confirm Petitioner's current detention location.

Accordingly,

**IT IS** on this 18th day of December 2025,

**ORDERED** that that pursuant to the Court's authority under the All Writs Act, 28 U.S.C. § 1651, Respondents are **TEMPORARILY ENJOINED** from further transferring Petitioner from his current detention facility during the pendency of this action; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the parties electronically.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**